**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CYNTHIA D. OLBERT,<br>      Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>      Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 5:13-cv-00531-R**<br>)<br>)<br>)<br>)<br>) |

<u>STIPULATION TO DISMISS</u>

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| <u>/s/ Kerry R. Lewis</u> | <u>/s/ Tara L. Patterson</u> |
| Kerry R. Lewis, Esquire | Tara L. Patterson, Esquire |
| Rhodes, Hieronymus, Jones, Tucker & Gable, PLLC | P.A. Attorney Id No. 88343 |
| | Kimmel & Silverman, P.C. |
| 100 West 5th Street, Suite 400 | 30 East Butler Pike |
| Tulsa OK 74106 | Ambler, PA 19002 |
| Phone: (918) 582-1173 | Phone: (215) 540-8888 ext. 103 |
| Fax: (918) 592-3390 | Fax: (877) 788-2864 |
| Email: klewis@rhodesokla.com | Email: tpatterson@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: <u>September 30, 2013</u> | Date: <u>September 30, 2013</u> |

BY THE COURT:

_____
J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on September 30, 2013:

>Kerry R Lewis, Esquire
>Rhodes, Hieronymus, Jones, Tucker & Gable, PLLC
>100 West 5th Street, Suite 400
>Tulsa OK 74106
>Email: klewis@rhodesokla.com

>*/s/ Tara L. Patterson*
>Tara L. Patterson, Esquire
>P.A. Attorney Id No. 88343
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888 ext. 103
>Fax: (877) 788-2864
>Email: tpatterson@creditlaw.com
>Attorney for the Plaintiff